STATE v. JOHNSON

No. 257 PC.

Case below: 52 N.C. App. 592.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 July 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 17 July 1981.

STATE v. LOCKLEAR

No. 249 PC.

Case below: 52 N.C. App. 378.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 August 1981.

STATE v. MARTIN

No. 248 PC.

Case below: 52 N.C. App. 378.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 17 August 1981. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 17 August 1981.

STATE v. SELF

No. 273 PC.

Case below: 52 N.C. App. 586.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 August 1981.

STATE v. THOMPSON

No. 268 PC.

Case below: 52 N.C. App. 629.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 August 1981.